THE STATE OF OHIO, APPELLEE, *v*. CRAYCRAFT, APPELLANT.

[Cite as *State v. Craycraft*, 128 Ohio St.3d 337, 2010-Ohio-6332.]

*Judgment of the court of appeals reversed, and cause remanded to the court of appeals for application of State v. Johnson.*

(No. 2010-0529 — Submitted December 14, 2010 — Decided December 29, 2010.)

APPEAL from the Court of Appeals for Clermont County, Nos. CA2009-02-013 and CA2009-02-014, 2010-Ohio-596.

_____

{¶ 1}   The judgment of the court of appeals is reversed on the authority of *State v. Johnson*, 128 Ohio St.3d 153, 2010-Ohio-6314, 942 N.E.2d 1061, and the cause is remanded to the court of appeals for application of our decision in *State v. Johnson*.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Donald W. White, Clermont County Prosecuting Attorney, and David H. Hoffmann, Assistant Prosecuting Attorney, for appellee.

Michaela M. Stagnaro, for appellant.

_____